**ORDER:** Motion granted. The ICMC is continued to June 5, 2013, at 10:00 a.m.

*/s/ E. Clifton Knowles*
U.S. Magistrate Judge

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| TABETHA O'CONNOR, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 3:13-cv-0229 |
| ) | |
| CHRISTOPHER CUNNINGHAM, et al. ) | Judge Nixon |
| ) | Magistrate Judge Knowles |
| Defendants. ) | |

## JOINT MOTION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE

The parties, by their counsel, respectfully move this Honorable Court to continue for approximately 30 days the initial case management conference currently set for Monday, May 6, 2013, at 10:00 a.m. In support of this Motion the parties state that Plaintiff has as of yet been unable to get service on Defendant Christopher Cunningham. In the interest of the most efficient administration of this case, the parties submit that Defendant Cunningham needs to be served and before the Court for the initial case management conference.

**WHEREFORE,** the parties jointly move this Honorable Court to continue the initial case management conference for approximately 30 days to allow Plaintiffs to accomplish service on Defendant Cunningham.

Respectfully submitted,

*/s/ Andrew C. Clarke (with permission)*
Andrew C. Clarke, #15409
Law Office of Andrew C. Clarke
6250 Poplar Avenue
Second Floor
Memphis, TN 38119
(901) 590-0761

522881.1/2012676