# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| TABETHA O'CONNOR, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | NO. 3:13-cv-00229 |
| ) | JUDGE CRENSHAW |
| DEPUTY CHRISTOPHER ) | |
| CUNNINGHAM and SUMNER ) | |
| COUNTY, TENNESSEE, ) | |
| ) | |
| Defendants. ) | |

## ORDER

Pending before the Court is a Report and Recommendation of the Magistrate Judge (Doc. No. 57), to which no Objections have been filed. The Court has reviewed the Report and Recommendation and conducted a de novo review of the record. The Report and Recommendation is **ADOPTED**.

Accordingly, Plaintiffs' Motion for Default Judgment filed by (Doc. No. 40) is **GRANTED**. The Clerk shall enter judgment for Plaintiff Jane Doe against Defendant Christopher Cunningham for $300,000.00 in compensatory damages, and $300,000.00 in punitive damages. The Clerk shall enter judgment for Plaintiffs Tabetha O'Connor, Ricky O'Connor, and Shawn O'Connor against Defendant Christopher Cunningham for $75,000.00 each in compensatory damages, and $75,000.00 each in punitive damages.

This is the final order in this case.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
UNITED STATES DISTRICT JUDGE